UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Johanna Fernandez Pena,

                Plaintiff,                20 **CIVIL** 7897 (AJN) (SLC)

       -against-                      **JUDGMENT**

Commissioner of Social Security,

               Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 31, 2022, Objections to Judge Cave's Report and Recommendation were due by January 12, 2022. *See* Dkt. No. 29 at 37. As of January 31, 2022, no objections have been filed. The Court thus reviews the Report and Recommendation for clear error, and finds none. The Court therefore adopts the Report and Recommendation in its entirety and GRANTS Defendant's motion to judgment on the pleadings for the reasons provided in Judge Cave's Report and Recommendation; accordingly, this case is closed.

**Dated:**  New York, New York
         January 31, 2022

                                                  **RUBY J. KRAJICK**
                                                       Clerk of Court
                                **BY:**
                                                       Deputy Clerk